No. 09-9140. Steven Crain, Petitioner v. Clark County Public Defender, et al.

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1241, 2010 U.S. LEXIS 4174.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3324.